# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **FARIBA MOEINPOUR,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 2:21-cv-01302-ACA |
| | ) |
| **BOARD OF TRUSTEES OF THE** | ) |
| **UNIVERSITY OF ALABAMA,** | ) |
| **KELLY MAYER in her individual** | ) |
| **capacity, and MARY JO CAGLE, in** | ) |
| **her individual capacity,** | ) |
| | ) |
| **Defendants.** | ) |

### MOTION FOR ADMISSION *PRO HAC VICE* OF PARSA FATTAHI

Pursuant to Northern District of Alabama Local Rule 83.1(b), I move that Parsa Fattahi be admitted to practice in the Northern District of Alabama, for the purpose of this case only and to represent Defendants The Board of Trustees of the University of Alabama and Kelly Mayer.

I certify that I am an attorney of record in this case and am a member in good standing of the Bar of this Court. In compliance with LR 83.1(b)(2), I consent to serve as local counsel and will sign all pleadings, briefs, and other filed and served documents in this matter.

Pursuant to Northern District of Alabama Local Rule 83.1(b)(1), an Affidavit by Parsa Fattahi in support of this Motion is attached hereto as **Exhibit A**.

Respectfully submitted this the 21st day of March, 2022.

*/s/ Daniel B. Harris*
Daniel B. Harris (ASB-4081-G61A)
JACKSON LEWIS P.C.
Synovus Center
800 Shades Creek Parkway, Suite 870
Birmingham, AL 35209
Telephone: (205) 332-3097
Facsimile: (205) 332-3131
Daniel.Harris@jacksonlewis.com

David R. Mellon
Spencer A. Kinderman
Emily T. Vande Lune
THE UNIVERSITY OF ALABAMA SYSTEM
UAB OFFICE OF COUNSEL
1720 2nd Avenue South, Suite AB 820
Birmingham, AL  35294
Telephone:  (205) 934-3474
drmellon@uasystem.edu
skinderman@uasystem.edu
evandelune@uasystem.edu

Dion Kohler
*Applying to Admitted Pro Hac Vice*
JACKSON LEWIS P.C.
171 17th Street, NW
Suite 1200
Atlanta, GA 30363
Telephone:  (404) 586-1843
Dion.Kohler@jacksonlewis.com

Parsa Fattahi
*Applying to Admitted Pro Hac Vice*
JACKSON LEWIS P.C.
171 17th Street, NW
Suite 1200
Atlanta, GA 30363
Telephone:  (404) 586-1815

2

Parsa.Fattahi@jacksonlewis.com

**ATTORNEYS FOR DEFENDANTS THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ALABAMA AND KELLY MAYER**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of March, 2022, a true and correct copy of the above and foregoing was electronically filed with the Clerk of the Court via the Court's CM/ECF filing system to the following:

Anne R. Yuengert
Cortlin Bond
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL  35203

**Attorneys for Defendant Mary Jo Cagle**

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF Plaintiff:

Fariba Moeinpour
241 Oxmoor Place
Birmingham, AL  35211

*Pro Se Plaintiff*

                               */s/ Daniel B. Harris*
                               Of Counsel