FILED
2022 Mar-21 AM 11:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FARIBA MOEINPOUR, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No.: 2:21-cv-01302-ACA |
| BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF ALABAMA, | ) |
| KELLY MAYER in her individual | ) |
| capacity, and MARY JO CAGLE, in | ) |
| her individual capacity, | ) |
| | ) |
| Defendants. | ) |

**AFFIDAVIT OF PARSA FATTAHI IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Northern District of Alabama Local Rule 83.1(b)(1), I declare that the following facts are true to the best of my knowledge, information and belief:

1. My full name is Parsa Fattahi. I reside at 2146 La Dawn Lane NW, Atlanta, Georgia 30318.

2. I practice at the following law firm:

   JACKSON LEWIS P.C.
   171 17th Street, NW
   Suite 1200
   Atlanta, GA 30363
   Telephone: 404-586-1815
   Fax: 404-525-1173
   Parsa.Fattahi@jacksonlewis.com

3.       I am a member of the following bars: (1) U.S.D.C. -- Northern District of Georgia (admitted 11/07/2011); (2) U.S.D.C. -- Middle District of Georgia (admitted 10/19/2012); (3) Eleventh Circuit Court of Appeals (admitted 11/01/2016); (4) Supreme Court of Georgia (admitted 11/13/2009).

4.       I am in good standing in all the state and federal bars of which I am a member.

5.       I am not under suspension or disbarment by any such court or by the highest court of any state or territory of the United States or of the District of Columbia.

6.       I have read the rules of this Court concerning admissions of a visiting attorney and will abide by them.

7.       I have reviewed Northern District of Alabama Local Rule 83.1(b). Pursuant to that rule, I have designated Daniel B. Harris, of the law firm Jackson Lewis P.C., as associate counsel. Mr. Harris is a member of the Northern District of Alabama in good standing and is an attorney of record in this matter. I agree that Mr. Harris will sign all pleadings, briefs, and other filed or served documents; and, unless otherwise excused by the judge, will be present at all hearings in this matter.

_____
Parsa Fattahi

Subscribed in my presence and sworn before me this 16TH day of March, 2022.

_____
NOTARY PUBLIC

My Commission Expires:

July 23 2024
_____

4877-4680-3988, v. 1

3