FILED

2024 Sep-09 PM 05:07
U.S. DISTRICT COURT
FILED OF ALABAMA
United States District Court
Northern District of Alabama

SEP _ 9 2024

Judge R. David Proctor

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **FARIBA MOEINPOUR,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | **Case No.:  2:21-cv-01302-RDP** |
| | } | |
| **BOARD OF TRUSTEES OF THE** | } | |
| **UNIVERSITY OF ALABAMA, et al.,** | } | |
| | } | |
| **Defendants.** | } | |

### VERDICT AS TO PLAINTIFF'S CLAIM AGAINST MARY JO CAGLE

We, the jury, answer the court's questions submitted on this form as follows:

1.    Did Plaintiff prove by a preponderance of the evidence that Defendant Cagle created a hostile environment because of Plaintiff's race?

Answer Yes or No     _Yes_

If your answer is "No," this ends your deliberations as to Defendant Cagle, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2.    Did Plaintiff prove by a preponderance of the evidence that she suffered emotional pain and mental anguish damages as a result of the hostile work environment caused by Defendant Cagle?

Answer Yes or No     _yes_

If your answer is "No," this ends your deliberations as to Defendant Cagle, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," what amount of compensatory damages should Plaintiff be awarded?   $ _500,000_

3.   Did Plaintiff prove by a preponderance of the evidence that Defendant Cagle acted with malice or with reckless indifference toward Plaintiff's federally protected rights?

Answer Yes or No                    _yes_

If your answer is yes, what amount of punitive damages should be assessed against Defendant Cagle?   $ _325,000_

SO SAY WE ALL.

DATE: _9/9/24_