UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FARIBA MOEINPOUR,** } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | Case No.: 2:21-cv-01302-RDP |
| } | |
| **BOARD OF TRUSTEES OF THE** } | |
| **UNIVERSITY OF ALABAMA, et al.,** } | |
| } | |
| Defendants. } | |

## **ORDER**

This action was tried before a jury beginning on September 3, 2024. On September 9, 2024, at the conclusion of the trial, the jury returned the following verdicts in favor of Plaintiff Fariba Moeinpour: (1) a verdict against Defendant Mary Jo Cagle in the total amount of $825,000 (Doc. # 195); and (2) a verdict against Defendant The Board of Trustees of The University of Alabama in the amount of $3,000,000 (Doc. # 196).

The court is not entering judgment on these verdicts because (1) as the court referenced after the jury verdicts were returned, they are subject to post-trial motions, and (2) at least the verdict against UAB must be reduced. The court notes that Title VII limits compensatory and punitive damages based on the size of the defendant corporation. For a plaintiff suing a company with more than 500 employees, like UAB, damages are capped at $300,000. 42 U.S.C. § 1981a(b)(3). Therefore, this award will be reduced.

The Clerk of Court is **DIRECTED** to **TERMINATE** this case.

Post-judgment motions are due **on or before October 8, 2024**. Responses are due **on or before October 22, 2024**. Replies are due **on or before October 29, 2024.**

If after the ruling on any motion, it becomes necessary to reopen this case, the parties will assume the same legal positions they were in on the day before this order was entered.

**DONE** and **ORDERED** this September 13, 2024.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE