FILED
2025 Apr-17 PM 03:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **FARIBA MOEINPOUR,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.:  2:21-cv-01302-RDP |
| ) | |
| **BOARD OF TRUSTEES OF THE** ) | |
| **UNIVERSITY OF ALABAMA, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### JOINT REPORT REGARDING MEDIATION

In compliance with the Court's Order of April 9, 2025 (Doc. 234), Plaintiff Fariba Moeinpour and Defendants The Board of Trustees of The University of Alabama and Mary Jo Cagle state as follows:

The parties have agreed to conduct an in-person mediation with Fern Singer, and mediation has been scheduled for June 27, 2025. The parties will submit a joint report about the outcome of the mediation within 15 days of the mediation, i.e. by July 14, 2025.

Respectfully submitted this the 17th day of April, 2025.

/s/ Teri R. Mastando (w/permission)
Teri R. Mastando
Eric J. Artrip
D. Anthony Mastando
**MASTANDO & ARTRIP, LLC**
301 Washington Street, Suite 302
Huntsville, AL  35801
Telephone: (256)532-2222
teri@mastandoartrip.com
artrip@mastandoartrip.com

*Attorneys for Plaintiff Fariba Moeinpour*

/s/ Anne R. Yuengert (w/permission)
Anne R. Yuengert
Cortlin Bond
**BRADLEY ARANT BOULT CUMMINGS LLP**
One Federal Place
1819 Fifth Avenue North
Birmingham, AL  35203
Telephone: (205) 521-8000
ayuengert@bradley.com
cbond@bradley.com

*Attorneys for Defendant Mary Jo Cagle*

/s/ Daniel B. Harris
Lynlee Wells Palmer
Daniel B. Harris
**JACKSON LEWIS P.C.**
Synovus Center
800 Shades Creek Parkway, Suite 870
Birmingham, AL 35209
Telephone: (205) 332-3096/3097
Lynlee.Palmer@jacksonlewis.com
Daniel.Harris@jacksonlewis.com

Dion Y. Kohler
**JACKSON LEWIS P.C.**
171 17th Street, NW, Suite 1200
Atlanta, GA 30363
Telephone: (404) 586-1843/1815
Dion.Kohler@jacksonlewis.com

David R. Mellon
Spencer A. Kinderman
Emily T. Vande Lune
**THE UNIVERSITY OF ALABAMA SYSTEM**
**UAB OFFICE OF COUNSEL**
1720 2nd Avenue South, Suite AB 820
Birmingham, AL  35294
Telephone: (205) 934-3474
drmellon@uasystem.edu
skinderman@uasystem.edu
evandelune@uasystem.edu

*Attorneys for Defendant The Board of Trustees of The University of Alabama*