**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **FARIBA MOEINPOUR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.:  2:21-cv-01302-RDP** |
| | ) | |
| **BOARD OF TRUSTEES OF THE** | ) | |
| **UNIVERSITY OF ALABAMA**, *et al*., | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT STATUS REPORT REGARDING MEDIATION**

Plaintiff Fariba Moeinpour and Defendants The Board of Trustees of The University of Alabama ("UAB") and Mary Jo Cagle supplement their previously submitted Joint Reports Regarding Mediation (Doc. 235-36) as follows:

1.      The parties initially agreed to conduct mediation with Fern Singer on June 27, 2025. However, Ms. Singer became ill shortly before the mediation date, and the parties reset mediation for August 1, 2025.

2.      Shortly before the rescheduled mediation, Plaintiff suffered a medical emergency that resulted in her hospitalization. Based on the parties' availability and Plaintiff's anticipated recovery time, the parties have reset mediation for October 9.

3.      The parties will submit a joint report about the outcome of the mediation within 15 days of the mediation, i.e. by October 24, 2025.[1]

---

[1] UAB will also soon submit a motion to set Plaintiff's claims against UAB for trial. Plaintiff presently intends to oppose this motion.

Respectfully submitted this the 25th day of August, 2025.

<div style="display:flex">
<div>

*/s/ Teri R. Mastando (w/permission)*
Teri R. Mastando
Eric J. Artrip
D. Anthony Mastando
**MASTANDO & ARTRIP, LLC**
301 Washington Street, Suite 302
Huntsville, AL 35801
Telephone: (256)532-2222
teri@mastandoartrip.com
artrip@mastandoartrip.com

***Attorneys for Plaintiff Fariba Moeinpour***

*/s/ Anne R. Yuengert (w/permission)*
Anne R. Yuengert
Cortlin Bond
**BRADLEY ARANT BOULT CUMMINGS LLP**
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000
ayuengert@bradley.com
cbond@bradley.com

***Attorneys for Defendant Mary Jo Cagle***

</div>
<div>

*/s/ Daniel B. Harris*
Lynlee Wells Palmer
Daniel B. Harris
**JACKSON LEWIS P.C.**
Synovus Center
800 Shades Creek Parkway, Suite 870
Birmingham, AL 35209
Telephone: (205) 332-3096/3097
Lynlee.Palmer@jacksonlewis.com
Daniel.Harris@jacksonlewis.com

Dion Y. Kohler
**JACKSON LEWIS P.C.**
171 17th Street, NW, Suite 1200
Atlanta, GA 30363
Telephone: (404) 586-1843/1815
Dion.Kohler@jacksonlewis.com

David R. Mellon
Spencer A. Kinderman
Emily T. Vande Lune
**THE UNIVERSITY OF ALABAMA SYSTEM**
**UAB OFFICE OF COUNSEL**
1720 2nd Avenue South, Suite AB 820
Birmingham, AL 35294
Telephone: (205) 934-3474
drmellon@uasystem.edu
skinderman@uasystem.edu
evandelune@uasystem.edu

***Attorneys for Defendant The Board of***
***Trustees of The University of Alabama***

</div>
</div>